**KAUFMAN DOLOWICH & VOLUCK, LLP**
Barbara L. Harris Chiang (SBN 206892)
bchiang@kdvlaw.com
Emily A. Mertes (SBN 296743)
emertes@kdvlaw.com
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Defendant
NWN CORPORATION

**LAW OFFICES OF MICHAEL WELCH**
Michael T. Welch (SBN 122630)
mwelchlaw@gmail.com
Four Embarcadero Center
39th Floor
San Francisco, CA 94111
Telephone: (415) 399-1500
Facsimile: (415) 399-0445

Attorneys for Plaintiff
ATHAR TAYEB

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAR TAYEB, an Individual,<br><br>　　　Plaintiffs,<br><br>v.<br><br>NWN CORPORATION, a business entity; STATE OF CALIFORNIA, Department of Technology, a government entity; DOES 1-50, inclusive,<br><br>　　　Defendants. | Case No. 2:17-cv-00553-TLN-GGH<br><br>[Sacramento Superior Court Action No. 34-2017-00207425]<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE COURT'S RULING ON THE PARTIES' SUPPLEMENTAL BRIEFING ON THE BASIS FOR JURISDICTION PENDING OUTCOME OF MEDIATION** |

The Court, having reviewed the parties' Joint Stipulation to Stay the Court's Ruling on the Parties' Supplemental Briefing on the Basis for Jurisdiction Pending the Outcome of Mediation, hereby orders as follows:

1. The Court shall stay its ruling on the parties' supplemental briefing regarding the basis for federal jurisdiction pending the completion of the anticipated mediation in this matter scheduled for August 15, 2017; and

2. The stay shall expire in the event any party fails to attend and/or participate in mediation in good faith; or two weeks after mediation is complete, but no later than August 29, 2017.

IS IT SO ORDERED.

DATED: July 6, 2017

Troy L. Nunley
United States District Judge